**UNITED STATES UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **KRISTEN GALBAN**, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:22-cv-4917 |
| **INSTITUTE FOR THE INTERNATIONAL EDUCATION OF STUDENTS**, an Illinois not-for-profit corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant, Institute for the International Education of Students ("Defendant"), by and through its attorneys, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully submits this Motion to Dismiss Plaintiff's Class Action Complaint filed by Plaintiff Kristen Galban ("Plaintiff"). In support of this motion, Defendant submits its contemporaneously-filed memorandum.

WHEREFORE, Defendant respectfully requests that this Court dismiss Plaintiff's Complaint with prejudice for lack of subject matter jurisdiction and for failure to state a claim for which relief can be granted pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and for any other relief this Court deems just and proper.

Dated: November 18, 2022

Respectfully submitted,

INSTITUTE FOR THE INTERNATIONAL
EDUCATION OF STUDENTS

By: _/s/Mark W. Wallin_
Mark W. Wallin
BARNES & THORNBURG LLP

One North Wacker Drive, Suite 4400
Chicago, IL 60606
312-214-4951
mwallin@btlaw.com

Benjamin S. Perry
BARNES & THORNBURG LLP
201 S. Main Street, Suite 400
South Bend, IN 46601
574-237-1239
benjamin.perry@btlaw.com

*Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the November 18, 2022, I electronically filed the foregoing *Motion to Dismiss Plaintiffs' Class Action Complaint* with the Clerk of the Court using CM/ECF System. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Mark W. Wallin*
Mark W. Wallin