**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**KRISTEN GALBAN,** individually and on
behalf of all others similarly situated,

             **Case Number: 1:22-cv-4917**

    **Plaintiff,**

**v.**              **JURY TRIAL DEMANDED**

**INSTITUTE FOR THE INTERNATIONAL**
**EDUCATION OF STUDENTS,** an Illinois
not-for-profit corporation,

    **Defendant.**

## <u>AMENDED CLASS ACTION COMPLAINT</u>

Plaintiff, Kristen Galban ("Galban" or "Plaintiff"), individually and on behalf of other similarly situated individuals, brings this Class Action Complaint against the Institute for the International Education of Students d/b/a IES Abroad ("IES Abroad" or "Defendant"), and alleges as follows, based upon her own personal knowledge, and upon information and belief, including investigation conducted by her attorneys:

### I.  INTRODUCTION

1. Defendant IES Abroad is a study abroad and international internship provider offering study abroad programs to students attending U.S. universities. IES Abroad repeatedly touts itself as providing "incredible international experiences that set you up for success before, during and after studying abroad." This is a fundamentally different offering from virtually all other higher learning institutions in that the educational value is primarily provided through the experience of travel and living abroad.

2. Plaintiff Galban contracted with IES to provide her with a study abroad program in Austria for 17 weeks in the Spring of 2020. As part of that contract, IES Abroad agreed to provide

(1) housing in Austria; (2) mandatory in-person field trips in Austria; (3) elective field trips in Austria; (4) in-person student events in Austria, and (5) public transportation tickets to be used while traveling in Austria. (Collectively the IES "Services").

3. Pursuant to her contract, Plaintiff Galban was in Vienna, Austria, staying in her IES housing, attending in-person classes and international activities, and participating in field trips when the COVID 19 pandemic hit in full force. Less than half way through the 2020 Spring Semester, IES Abroad canceled all study abroad programs and directed all students to return to the United States. The remaining 8.5 weeks of the 2020 Spring Semester were completed via online programs.

4. Plaintiff Galban sues IES for breach of contract, or alternatively, unjust enrichment, because she did not receive many of the benefits of the bargain that she made with IES for an international study abroad experience. Although IES Abroad received payment to provide the experience, Plaintiff Galban suffered actual harm because for half of the semester, she did not, in fact, get to experience studying and living in Austria, speaking and interacting with Austrian citizens, students, and teachers. Additionally, she did not get to participate in field trips within Austria and surrounding European countries.

5. Plaintiff Galban paid a premium price for a study abroad program in Vienna and was instead provided an online program for 8 ½ weeks of her 2020 Spring Semester. Plaintiff would not have contracted for a European study abroad program had she known she would only receive an online class for more than half the Semester.

6. Plaintiff Galban suffered damages in that she did not receive the "study abroad" program and experience that she contracted with IES to provide to her. This lawsuit seeks damages

for Plaintiff Galban and similarly situated IES students who likewise did not receive the "study abroad" experience for which they contracted during their 2020 Spring Semester.

## II.    VENUE AND JURISDICTION

7.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(d), because there are at least 100 Class members in the proposed Class, the combined claims of proposed Class members exceed $5,000,000, exclusive of interest and costs, and at least one Class member is a citizen of a state other than Defendant's state of citizenship. This Court also has supplemental jurisdiction over the state law claims alleged herein pursuant to 28 U.S.C. §1367.

8.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391, because Defendant resides in this District and most of the events or omissions giving rise to Plaintiff's claims occurred in this District and Defendant is subject to personal jurisdiction in this District.

## III.    PARTIES

9.    Plaintiff Kristen Galban is a natural person and citizen of Virginia.

10.    Defendant Institute for the International Education of Students d/b/a IES Abroad is an Illinois not-for-profit corporation headquartered in Chicago, Illinois, and a citizen of Illinois.

## IV.    FACTUAL ALLEGATIONS

**A.    Defendant's Spring 2020 Program Marketing**

11.    Defendant IES Abroad is a private sector international study abroad program provider that partners with U.S. colleges and universities to provide study abroad programs in over 81 locations around the world.

12.    IES Abroad sells an "educational experience" based on students living and attending classes in a foreign country, being housed in a foreign country, taking mandatory and elective field trips, and attending student events in their host countries to complete a "rich tapestry"

of cultural experiences that can only be obtained by their traveling and living as students outside of the United States.

13.     Defendant IES Abroad focuses its marketing and recruiting efforts on the experiences it offers students for an entire semester of living and studying abroad. For example, its 2020 Spring marketing materials include the following implied promises and representations:

> Study abroad is more than going from here to there. It's an exhilarating challenge of academic and cultural immersion, plus a whole lot of fun. At IES Abroad we're committed to offering you incredible international experiences that set you up for success before, during, and after studying abroad. Learn more about how we do study abroad, differently.

> College study abroad is your chance to live and study in another country while earning college credit. Whether you choose to spend a semester, summer, or year studying abroad, your IES Abroad courses and experiential learning opportunities—think internships, service learning placements, field trips, and more—are designed to immerse you into the local culture. Because while studying abroad, the world is your classroom.

> Our study abroad programs allow you to choose courses based on your area of study and where you want to travel. Other details, like your housing, field trips, and on-site support are all built into the program. Learn more about what's included in our study abroad programs.[1]

> IES Abroad is committed to adherence to applicable law and respect for the culture and practices of the countries where it operates.[2]

14.     Defendant IES provided implied promises and represented in its marketing that students enrolling in each foreign location in the Spring 2020 programs would be charged the same tuition, and housing for the host country they chose:

---

[1] https://web.archive.org/web/20200408180012/https://www.iesabroad.org/study-abroad
[2] https://web.archive.org/web/20200924050046/https://www.iesabroad.org/study-abroad/about/ethical-principles

## IES Abroad Program Fees



**Prices are in effect for Spring 2020**

| Program | Tuition | Housing/ Meals | Health Insurance | Total IES Abroad Program Fee |
|---|---|---|---|---|
| Amsterdam - Business & Economics | $15,660 | $5,060 | $230 | $20,950 |
| Amsterdam - Law & Criminology | $15,660 | $5,060 | $230 | $20,950 |
| Amsterdam - Psychology & Sciences | $15,660 | $5,060 | $230 | $20,950 |
| Amsterdam - Social Sciences & Humanities | $15,660 | $5,060 | $230 | $20,950 |
| Amsterdam Direct Enrollment - Conservatorium van Amsterdam | $20,865 | $5,375 | $230 | $26,470 |
| Auckland Direct Enrollment - University of Auckland | $15,435 | $4,475 | $490 | $20,400 |
| Barcelona - Arts & Culture | $15,435 | $2,825 | $230 | $18,490 |
| Barcelona - Journalism & Communications | $15,435 | $2,825 | $230 | $18,490 |
| Barcelona - Liberal Arts & Business | $15,435 | $2,825 | $230 | $18,490 |
| Barcelona - Political Science & International Relations | $15,435 | $2,825 | $230 | $18,490 |
| Barcelona - Full-Time Semester Internship | $4,695 | $2,825 | $230 | $7,750 |
| Berlin - Language & Area Studies | $15,200 | $2,920 | $230 | $18,350 |
| Berlin - Metropolitan & Urban Studies | $15,200 | $2,920 | $230 | $18,350 |
| Berlin - Security Studies & International Affairs [15-wk] | $15,200 | $2,920 | $230 | $18,350 |
| Buenos Aires - Advanced Spanish Immersion | $13,345 | $3,155 | $230 | $16,730 |
| Buenos Aires - Latin American Societies & Cultures | $13,345 | $3,155 | $230 | $16,730 |
| Cape Town - Health, Culture & Development | $14,865 | $4,220 | $395 | $19,480 |
| Cape Town - University of Cape Town | $14,865 | $4,220 | $395 | $19,480 |
| Christchurch Direct Enrollment - University of Canterbury | $15,140 | $4,270 | $490 | $19,900 |

| Program | Tuition | Housing/ Meals | Health Insurance | Total IES Abroad Program Fee |
|---|---|---|---|---|
| Dublin - Business, Entrepreneurship & Technology | $13,140 | $4,280 | $230 | $17,650 |
| Dublin - Irish Studies | $13,140 | $4,280 | $230 | $17,650 |
| Dublin - Writers Program | $13,140 | $4,280 | $230 | $17,650 |
| Dublin Direct Enrollment – Dublin City University | $12,530 | $4,940 | $230 | $17,700 |
| Dublin Direct Enrollment – National Theatre School of Ireland - Gaiety School of Acting | $14,480 | $4,280 | $230 | $18,990 |
| Dublin -Direct Enrollment - Trinity College Dublin | $19,530 | $7,230 | $230 | $26,990 |
| Dublin Direct Enrollment - University College Dublin | $17,330 | $4,240 | $230 | $21,800 |
| Dublin - Full-Time Semester Internship | $4,245 | $4,280 | $230 | $8,755 |
| European Union - European Union | $16,010 | $3,810 | $230 | $20,050 |
| Freiburg - Environmental Studies & Sustainability | $15,950 | $3,810 | $230 | $19,990 |
| Freiburg - Language & Area Studies | $15,330 | $3,810 | $230 | $19,370 |
| Galápagos Direct Enrollment - Galápagos Academic Institute for the Arts & Sciences (GAIAS) | $16,420 | $4,210 | $230 | $20,860 |
| Granada - Study in Granada | $11,535 | $3,230 | $230 | $14,995 |
| London - Health Practice & Policy | $17,150 | $5,040 | $230 | $22,420 |
| London - Study London | $14,840 | $4,300 | $230 | $19,370 |
| London - Theater Studies | $14,840 | $4,300 | $230 | $19,370 |
| London Direct Enrollment - City, University of London | $16,270 | $4,490 | $230 | $20,990 |
| London Direct Enrollment - Queen Mary, University of London | $14,210 | $6,520 | $230 | $20,960 |
| London Direct Enrollment - University College London | $17,110 | $7,460 | $230 | $24,800 |
| London - Full-Time Semester Internship | $5,570 | $4,300 | $230 | $10,100 |
| Madrid - Engineering, Architecture & Science | $15,050 | $3,820 | $230 | $19,100 |
| Madrid - Language & Area Studies | $14,350 | $3,880 | $230 | $18,460 |
| Milan - Business Studies | $14,900 | $3,800 | $230 | $18,930 |
| Milan - Fashion Design & Merchandising | $14,900 | $3,800 | $230 | $18,930 |
| Milan - Italy Today | $14,900 | $3,800 | $230 | $18,930 |
| Milan - Music: Voice, Composition & Instrumental | $14,900 | $3,800 | $230 | $18,930 |

| | | | | |
|---|---|---|---|---|
| Milan - Full-Time Semester Internship | $4,960 | $3,800 | $230 | $8,990 |
| Multi-location - Emerging Economies: Buenos Aires & Santiago | $12,970 | $4,450 | $230 | $17,650 |
| Nagoya Direct Enrollment - Nanzan University* | $16,245 | $4,315 | $240 | $20,800 |
| Nantes - French Language Immersion & Area Studies | $14,560 | $4,180 | $230 | $18,970 |
| Nice - Business, Sustainability & Immigration | $12,860 | $4,095 | $230 | $17,185 |
| Nice Direct Enrollment – SKEMA Business School | $13,210 | $4,095 | $230 | $17,535 |
| Oxford Direct Enrollment - St. Catherine's College | $24,100 | $7,170 | $230 | $31,500 |
| Paris BIA - Business & International Affairs | $15,520 | $3,650 | $230 | $19,400 |
| Paris - French Studies | $15,140 | $3,600 | $230 | $18,970 |

## IES Abroad Program Fees



Prices are in effect for Spring 2020

| Program | Tuition | Housing/ Meals | Health Insurance | Total IES Abroad Program Fee |
|---|---|---|---|---|
| Paris - Studio Art, Dance & Music | $15,140 | $3,600 | $230 | $18,970 |
| Quito - Area Studies & Language | $14,220 | $3,500 | $230 | $17,950 |
| Quito Direct Enrollment - Universidad San Francisco de Quito | $14,220 | $3,500 | $230 | $17,950 |
| Rabat - Study in Rabat | $14,190 | $4,200 | $230 | $18,620 |
| Rome - Art History & Fashion | $13,970 | $3,690 | $230 | $17,890 |
| Rome - Early Childhood Education | $13,970 | $3,690 | $230 | $17,890 |
| Rome - Film & Media Studies | $13,970 | $3,690 | $230 | $17,890 |
| Rome - History & Classics | $13,970 | $3,690 | $230 | $17,890 |
| Rome - International Relations | $13,970 | $3,690 | $230 | $17,890 |
| Rome - Language & Area Studies | $13,970 | $3,690 | $230 | $17,890 |
| Rome - Sociology & Religion | $13,970 | $3,690 | $230 | $17,890 |
| Rome - Full-Time Semester Internship | $3,670 | $3,690 | $230 | $7,590 |
| Salamanca - Advanced Spanish Immersion | $10,075 | $2,645 | $230 | $12,950 |
| Salamanca - Psychology | $10,075 | $2,645 | $230 | $12,950 |
| Santiago - Health Studies | $13,305 | $3,120 | $230 | $16,655 |
| Santiago - Politics, Social Justice & Language | $12,700 | $2,970 | $230 | $15,900 |
| Shanghai - Economy, Business & Society | $12,800 | $3,565 | $230 | $16,595 |
| Shanghai Direct Enrollment - Engineering: Shanghai Jiao Tong University | $13,080 | $3,285 | $230 | $16,595 |
| Siena - Study in Tuscany | $13,930 | $3,830 | $230 | $17,990 |
| Siena - Business & Economics of Italian Food & Wine | $9,915 | $3,320 | $165 | $13,400 |

| | | | | |
|---|---|---|---|---|
| Sydney Direct Enrollment - Macquarie University | $12,795 | $5,930 | $475 | $19,200 |
| Sydney Direct Enrollment - University of New South Wales | $14,195 | $4,995 | $475 | $19,665 |
| Sydney Direct Enrollment - University of Sydney | $16,240 | $6,435 | $475 | $23,150 |
| Tokyo - Language & Culture | $16,310 | $5,350 | $240 | $21,900 |
| Vienna - Business, Economics & International Relations | $16,630 | $3,900 | $230 | $20,760 |
| Vienna - European Society & Culture | $16,630 | $3,900 | $230 | $20,760 |
| Vienna - Music | $17,930 | $3,900 | $230 | $22,060 |
| Vienna - Psychology & Social Sciences | $16,630 | $3,900 | $230 | $20,760 |

*Additional Nagoya health insurance is billed to the student onsite by Nanzan University.

**All amounts in this booklet are expressed in U.S. dollars. Estimated expenses are based on August 2019 exchange rates. These expenses may vary due to individual needs, spending habits, and exchange rates, and are not included in the IES Abroad program fee. Some items such as textbooks may be billed separately by IES Abroad.**

**Discounts and Scholarships/Aid**
• Academic Year program tuition prices reflect at least a 20% discount off second consecutive semester program tuition for the same program.
• Students will receive a 20% discount applied as a credit to the second consecutive semester's tuition in a different program comprising an academic year.
• Students must enroll by November 1st to get the discount for academic year study, after which the second term's tuition pricing will be based on the following Spring term's tuition.
• Students will receive a 20% discount applied as a credit to the second consecutive semester's tuition in the same or different programs of a Calendar Year.
• Students must enroll by May 1st to get the discount for calendar year study, after which the second term's tuition pricing will be based on the following Fall term's tuition.
• Students will receive a $500 credit toward Summer tuition if a summer program is attended before or after a semester or academic year program.
• Students will receive a $300 credit toward a January Term tuition if a January Term program is attended before or after a semester program.
• The IES Abroad program fee does not reflect scholarships, financial aid, or grants such as the IES Abroad Public University Grant.

15. None of the programs or brochures mention conducting any abroad program from the United States via online courses.

16. Defendant's Spring 2020 marketing campaign also included implied promises and representations of what was included in an in-person Spring 2020 study abroad program:

Home | Study Abroad | What's Included

A big part of studying abroad is immersing yourself in new experiences. We're all about providing outstanding academic and student support services to allow you to do just that.

We take care of the details so you can soak up every moment of your global experience. At-a-glance, we offer:

    

| Personal Advising | Diverse Course Offerings | Immersive Field Trips | Housing | Health & Safety Services |
|---|---|---|---|---|
| Your IES Abroad advisor is here to help you prepare for study abroad. | All of your classes are included in your program fee. | From course-related trips to weekend excursions, many field trips are built into the program. | Housing options vary by location, but typically include apartment, homestay, and residence hall options. | Your health and safety abroad is our highest priority. |

While You're Abroad

Part of making you feel at home in your host city is doing our best to help you feel safe and cared for. Whether it is an orientation program that makes you feel prepared or your housing that is well-located and comfortable—we're all about our student services.

While you're abroad you have access to:

- A local IES Abroad Center with:
- Experienced, trained, and dedicated local staff on-site
- Amenities generally including a small library, lounge areas and Internet access*
- On-site diversity-related support and resources
- Welcome and farewell dinners*

- Academic opportunities including:
- More than 1,000 IES Abroad courses taught by qualified international faculty
- On-site academic advising and assistance with course enrollment
- Option to enroll in <u>local partner university</u> courses alongside local students*

- o Access to Moodle, an interactive online learning environment that engages you outside the classroom
- o Internships and field placements*
- o Service learning and volunteer opportunities*
- o Academic tutors*
- o Access to conversation clubs/language partners*

- Comprehensive <u>health and safety</u> services and crisis management support
- Medical insurance, including 24-hour traveler's assistance help line and emergency evacuation
- Housing reflective of student accommodations in your host city
- Meals, depending on your housing choice and program
- Field trips, cultural events, and course-related trips
- CORE™, our Comprehensive Orientation and Re-entry Experience programming
- Local university student card (can offer discounts on local services/goods)*

* Varies by program[3]

17. Finally, Defendant represents to students that they will be more marketable for jobs and earn more money by participating in the experiences of its in-person Spring 2020 program:

Can studying abroad jump-start your career? Our findings say yes!

By living and learning abroad, IES Abroad students develop highly sought-after professional skills—adaptability, communication, self-awareness, confidence—that not only make them more hirable, but also launch their career. Our survey findings show key career benefits of study abroad, including:

**Increased Hireability**
Most IES Abroad alumni feel that studying abroad helped them develop valuable job skills, such as language proficiency, cultural understanding, tolerance for ambiguity, adaptability, and self-confidence.

**Jobs Secured More Quickly After Graduation**
Nearly three quarters of IES Abroad alumni secured their first job within two months of graduation.

---

[3] https://web.archive.org/web/20201022185051/https://www.iesabroad.org/study-abroad/whats-included

**Higher Starting Salaries**
IES Abroad alumni earn an average of $6,000 more in starting salaries (compared to recent U.S. college graduates from the National Career Outcomes Report).

**Higher Acceptance Into Grad School**
90% of IES Abroad alumni continuing on to graduate school earned admission into their 1st or 2nd choice graduate or professional school.[4]

Thus, Defendant's marketing materials represented that there would be in-person courses conducted abroad, mandatory/ elective field trips, and student events.

**B.      Defendant's Spring 2020 Program's Brochures and Publications**

18.      Each one of Defendant IES Abroad's Spring 2020 separate programs possessed a standard form brochure and publications. Although the name of the location was different for each program, Defendant's representations of what Services were to be provided at each host location were the same for each and every publication and brochure.

19.      The implied promises and representations in the brochures and publications included a full program worth of in-person courses while in the host country, housing in the host country (even if the location of housing was changed during the program), mandatory field trips in the host country, and elective field trips in the host country.

20.      For example, Defendant's Vienna, Austria program included representations in its booklet publication regarding the following prices and Services covered for the Spring 2020 Vienna program.

---

[4] https://web.archive.org/web/20200408180732/https://www.iesabroad.org/study-abroad/benefits

## Vienna - European Society & Culture

**Prices are in effect for Spring 2020**



**Semester Program Fee** (invoiced by IES Abroad)

| | | |
|---|---|---|
| Tuition | | $16,630 |
| Housing/meals (students choose one) | | $3,900 |
| Apartment, no meals provided | | |
| Housing with Viennese residents, no meals provided | | |
| Private residence hall, no meals provided (carries additional fee; see Additional Fees for Special Options) | | |
| Health insurance | | $230 |
| **Total IES Abroad Program Fee** | **A=** | **$20,760** |

**Additional Fees for Special Options Associated with Tuition and Housing** (invoiced by IES Abroad)

| | | |
|---|---|---|
| Housing/meals | | |
| Private residence hall (no meals provided) option fee | | $475 |
| School of Record transcript (if required) | | $375 |
| **Total Additional Fees** | **B=** | |

Please add up additional fees that apply and place the sum in the box

**Additional Estimated Expenses for Student Budgeting Purposes (select those that apply)***
**The following expenses are estimated and will vary due to individual needs, spending habits, and fluctuating exchange rates.**

| | | |
|---|---|---|
| Required consular and visa fees (paid to consulate) | | $167 |
| Required residence permit fee (paid on-site) | | $140 |
| Round-trip airfare (varies with point of departure and carrier) | | $700-1,085 |
| Textbooks, copyright permission fees, course packets, and other course-related materials | | $200-250 |
| Average cost of meals not included in IES Abroad housing/meals fee by housing type (**while classes are in session**) | | |
| Apartment | | $2,700 |
| Housing with Viennese residents | | $2,700 |
| Residence hall | | $2,700 |
| Rental or purchase of required cell phone - does **not** include usage fees | | $30-150 |
| Local transportation | | $250 |
| Optional IES Abroad field trips (not included in program fee) | | $75-525 |
| Personal expenses (does not include personal student travel) | | $2,100 |
| **Total Other Estimated Expenses** | **C=** | |

Please add up additional fees that apply and place the sum in the box

21.     Each of Defendant's Spring 2020 programs contains the itemized Services and charges which are similar in all material respects.

22.     Furthermore, each IES Abroad program included a standard form syllabus that included the exact start/end dates for the Spring 2020 program. Upon information and belief, the syllabus for all 2020 Spring programs (regardless of location) utilized the same start and end dates and had a mandatory field trip scheduled for the week of March 15-21, 2020.

23.     Because IES Abroad cancelled all classes on March 11, 2020, no students were able to participate in the mandatory field trips scheduled for the week of March 15, 2020.

24. Upon information and belief, every syllabus contained the implied promise that the entire Spring 2020 semester would be conducted (a) in person (not online) and (b) abroad (not with the student being online at their home in the United States).

**C. Defendant's Standard Form Agreement for All Spring 2020 Programs**

25. Defendant IES Abroad utilizes the same standard form contract for each of its Spring 2020 program locations like Plaintiff's contract attached as **Exhibit A.** The only thing that varies in the standard form contracts is the section where a student fills out their name, address, and program location.

26. Plaintiff Galban and Defendant IES Abroad entered into a standard form agreement for Defendant's Spring 2020 Vienna - European Society & Culture program (the "Agreement").

27. The Agreement between Plaintiff Galban and Defendant IES Abroad included promises Defendant made to Plaintiff in exchange for the payment of monies for the Spring 2020 program, including:

> 1. I have received and read IES Abroad published descriptions for the program I will attend and have duly informed myself about the IES Abroad center(s) I will attend and the Program IES Abroad conducts there. I have reviewed the IES Abroad Student Code of Responsibility, found in the student handbook. I have chosen to engage in this Program voluntarily and of my own free will. I have been advised that I may withdraw at any time during my participation in the Program.

28. Thus, Paragraph 1 of Defendant's standard form Agreement incorporates by reference the "published descriptions" of each Program offered, including routine promises that the 2020 Spring Program included: (1) mandatory field trips in host country; (2) elective field trips in host country; (3) student events in host country; (4) housing in host country; and (6) a program conducted in person within the host country for the entire duration of the promised schedule.

29. Paragraph 18 of the IES Abroad Agreement contractually obligates Plaintiff Galban and other students to pay the listed fees, but only for "services that are provided in the Program."

Each service to be provided by IES Abroad in exchange for the amounts set forth on the "invoice"

is described specifically:

18. (a) [ **For students required to pay IES Abroad Fees to contracted or home institution**]

I agree to pay any fee on invoice to IES Abroad for any housing, meal, travel and other arrangements and services that are provided in the Program and not covered by my home institution. If default be made in the timely payment of the principal sum, an interest rate of the lesser of the maximum permitted by law or 1 1/2 % per month will be charged on the unpaid balance.

(b) [ **For students required to pay IES Abroad Fees directly to IES Abroad**]

I agree to pay a Program fee on invoice to IES Abroad for such academic, travel, meal, and other arrangements and services as are provided in the Program. The Program fee is due in full according to the terms of the invoice unless arrangements for a payment plan have been made. If default be made in the timely payment of the principal sum, an interest rate of the lesser of the maximum permitted by law or 1 1/2 % per month will be charged on the unpaid balance.

(i) I understand that the Program fee paid to IES Abroad includes:

(1) Tuition at IES Abroad Center up to a total of 19 semester hours per semester or 1-9 semester hours per summer term (depending on my program) or equivalent for orientation, language training or other instructions provided by IES Abroad;

(2) Meals as specified in IES Abroad publications;

(3) Housing in hotels, pensions or student housing while traveling on non-optional field study trips and in student housing as specified in IES Abroad Publications;

(4) Non-optional field study trips as provided for in the Program, if any;

(5) Transportation on non-optional field study trips;

(6) Gratuities (e.g., for hotels) while on non-optional field study trips;

(7) Emergency medical evacuation and repatriation of remains health insurance.

(ii) I acknowledge that the Program fee paid to IES Abroad does not include any items not listed in 18(b)(i) and specifically does not include:

(1) Transportation in the United States and between the Program site and the United States;

(2) Transportation in cities visited on field trips, except as stated above in paragraph 18(b)(i)(5);

(3) Cost of transporting luggage;

(4) Meals except as stated above in paragraph 18 (b)(i)(2)

(5) Entrance fees to exhibitions and museums; books; supplies; transcripts, except for the first, and test certificates; tuition charges for more than the equivalent of 19 semester hours per semester or 1-9 semester hours per summer term (depending on my program);

(6) Costs incurred if I do not have the proper passport and visas at all times;

(7) Gratuities for extra services (e.g., baths, beverages, porters);

(8) Medical expenses that are not covered by my medical insurance for which I will be entirely responsible; or

(9) Costs for evacuation in the event of civil disorder or natural disaster;

(10) Cost of transport from airport to residence and cost of transport to and from classes;

(11) Customs costs for items I bring or have shipped.

30. Paragraph 18 repeatedly states and implies that the Program fees being charged are intended to exclusively cover activities taking place in the host country.

**D. Plaintiff's Spring 2020 Vienna Austria Study Abroad Program**

31. At the time of the events complained of in this action, Plaintiff Galban was a student at University of Virginia majoring in statistics and physics. She graduated in May, 2021.

32. Plaintiff Galban entered a contract with Defendant IES Abroad to attend its Study Abroad Program in Vienna, Austria for European Society and Culture during the 2020 Spring Semester.

33. For the Spring 2020 programs, Defendant IES Abroad utilized a standard form invoice for all students for the 2020 Spring Program, including Plaintiff Galban.

34. Plaintiff's invoice for the Vienna European Society and Culture Program is attached as Exhibit B.

35. Plaintiff Galban contracted with IES Abroad to provide her with an international study abroad experience to take place in person and in Vienna, Austria that included: (1) $3,900.00 for Housing and meals for 17 weeks in Vienna, Austria; and (2) $16,630.00 for Tuition (which includes mandatory field trips and numerous student events while living abroad).

36. Plaintiff Galban traveled to Vienna and her program began on January 13, 2020, and was to last for 17 weeks, ending on May 9, 2020.

37. The standard form marketing, brochures, and publications declared that the Spring 2020 program was 17 weeks, with a built in 1-week mandatory field trip (March 15-20, 2020).

38. Specifically, the IES Abroad website made several representations about the Vienna Program including:

> ## Why Vienna?
>
> Vienna will be your classroom. Can you imagine learning about Freud's theories of psychoanalysis and then touring his home and the office where he practiced? Or studying politics and international organizations and visiting the UN, the OSCE, or OPEC? How about exploring art history in Vienna's world-famous galleries and museums? Welcome to study abroad! Wherever possible our courses take advantage of the city's historical, artistic, and cultural sites and include a hands-on, practical component.

> Get to Know Your New City
> **Experience an Opera at the Wiener Staatsoper**
> See world-class opera performances for only a few euros.
> **Relax Along the Danube Canal**
> Enjoy late afternoon sun while taking in this waterway.

**Visit a Museum or Two on a Rainy Day**
At least one of the 100+ museums of Vienna will interest you.
**Sip Wine at an Authentic Heuriger**
These Viennese wine taverns serve locally-produced wines.

Academics

Our mission is simple: to provide you with the best study abroad program possible—which includes the highest quality academic and cultural experiences. We offer unique courses that explore Austrian History, Culture, Art, and many other topics through an in-depth and hands-on approach. Our world-class professors, as well as course options at the prestigious Universität Wien, enhance your academic experience and provide you with new perspectives both in and out of class.

## Field Trips

Even though your adventure starts in Vienna, our field trips take you beyond the city to discover the culture and traditions of your host country. All trips are included in the program fee unless otherwise noted with ($).

https://www.iesabroad.org/programs/vienna-european-society-culture

39.     IES Abroad also created an implied obligation through its customary practice of holding classes and field trips in person within the host countries. Those practices—including students' normal "ability to live, study, and take classes in-person within the host countries and take advantage of all of Defendant's offers—created a reasonable expectation that Defendant would provide in-person instruction within a foreign country for the entire spring 2020 semester. IES Abroad's history of in-person instruction within foreign countries thus implied a specific, contractual term.

40.     Plaintiff Galban and the Class all received an admission or welcome letter as further evidence of IES Abroad's promise to provide in-person instruction and services within a foreign country.

41.     From January 13, 2020, to March 10, 2020, Defendant IES Abroad provided in-person actual study abroad experience in a foreign country to Plaintiff Galban relatively consistent with the representations made in its electronic brochures and on its website.  She lived and attended classes in Vienna and experienced the culture of Austria at every turn.

42.     However, on March 11, 2020, IES Abroad suspended all Study Abroad Programs throughout the world and directed all students, including Plaintiff Galban, to immediately return to the United States.

43.     When classes resumed, Defendant IES Abroad's offering was no longer the study abroad program for which Plaintiff Galban contracted.   Plaintiff was required to attend online lectures from her home in Virginia instead of from Vienna, Austria.

44.     Plaintiff was damaged because she did not receive the immersive study abroad experience for which she contracted.  For the remainder of the semester, she did not live in Austria where she was able to engage with Austrians on a daily basis.  She did not get to eat the meals in Austria that were to be part of the Program.  She did not speak or learn German on a daily basis.  She did not attend classes with Austrian teachers in person along with other students.  She was unable to make Austrian friends or experience the culture of Vienna first hand.  She did not get to participate in field trips in Austria and surrounding countries.  She did not get to study about the United Nations and then visit its offices as promised.  She did not get to travel through Europe to explore the culture as part of the study abroad experience that she purchased from IES Abroad.  These damages were experienced by Plaintiff Galban because she was the one who was supposed

to participate in these experiences while studying abroad through the IES Abroad study abroad program.

45.     Had Plaintiff Galban known that Defendant IES Abroad would cancel half the study abroad program scheduled to take place in her host country, she would not have signed up for the 2020 Spring program.

46.     Other IES Abroad students suffered from similar damages as none of them received the immersive study abroad experience that IES Abroad was contracted to provide.  Instead of engaging in the study abroad classes and experiences in their host countries, all students enrolled in an IES Study Abroad Program in the 2020 Spring Semester were damaged by receiving only online classes and no actual study abroad experiences for more than half the spring 2020 semester.

## V.     CLASS ACTION ALLEGATIONS

47.     Plaintiff Galban brings this action as a class action pursuant to Rule 23 (b)(2) and (b)(3), of the Federal Rules of Civil Procedure on behalf of herself and all others similarly situated as members of the Class listed below:

> All persons in the United States who were enrolled in an IES Study Abroad Program for the 2020 Spring Semester.

48.     Specifically excluded from the Class are: (a) all federal court judges who preside over this case and their spouses; (b) all persons who elect to exclude themselves from the Class; (c) IES Abroad employees, officers, directors, agents, and representatives and their family members.

49.     Subject to additional information obtained through further investigation and discovery, the foregoing class definition may be expanded or narrowed by amendment or superseded by Plaintiff Galban's motion for class certification.

50.     **Numerosity of the Class**. Plaintiff Galban is informed and believes that there are at least several thousand members in the Class.  Accordingly, the members of the Class are so numerous that their individual joinder is impracticable. Inasmuch as the Class members may be identified through business records regularly maintained by Defendant IES Abroad and its employees and agents, the number and identities of members of the Class can be ascertained. Members of the Class can be notified of the pending action by e-mail and mail and supplemented by published notice, if necessary.

51.     **Commonality and Predominance of Common Questions of Law and Fact**. There are questions of law and fact common to the Class. These questions predominate over any questions affecting only individual Class members. These common legal and factual issues include, but are not limited to:

   a.  Whether Defendant IES Abroad contracted with Plaintiff Galban and the class to provide an in-person study-abroad experience during the 2020 Spring Semester;

   b.  Whether Defendant IES Abroad breached its promise to provide an in-person study-abroad experience to Plaintiff Galban and the Class by cancelling all in-person and "abroad" experiences for the final 8 ½ weeks of the 2020 Spring Semester where courses were only taught online;

   c.  Whether Defendant IES Abroad was unjustly enriched by cancelling in-person and "abroad" Program components while failing to return Plaintiff Galban's payments for meals, housing, tuition, and field trips that were not provided for the final 8 ½ weeks of the 2020 Spring Semester;

   d.  Whether Plaintiff Galban and the Class are entitled to declaratory, equitable, or injunctive relief; and

   e.  Whether Plaintiff Galban and the Class are entitled to damages and the proper measure of those damages.

52.     **Typicality.**     The claims of the class representative, Plaintiff Galban, are typical of the claims of each member of the Class she seeks to represent. Plaintiff Galban, like other members of the Class, sustained damages arising from Defendant IES Abroad's breach of contract,

or alternatively from unjust enrichment, as alleged herein. As a result of IES Abroad directing all American students to return to the United States and cancelling all their in-person and "abroad" components of their Study Abroad Programs, all students were no longer receiving the benefit of the bargain they made with IES Abroad. The Class representative Plaintiff Galban and the Class were and are similarly or identically harmed by the same conduct by Defendant IES Abroad.

53. **Adequacy.** The class representative, Plaintiff Galban, will fairly and adequately represent and protect the interests of the Class and has retained counsel who are experienced and competent trial lawyers in complex litigation and class action litigation. There are no material conflicts between the claims of the representative Plaintiff Galban and the Class that would make class certification inappropriate.

54. **Superiority.** A class action is superior to all other available means for the fair and efficient adjudication of this controversy. The damages or other financial detriment suffered by individual Class members are relatively small compared to the burden and expense of individual litigation of their claims against Defendant IES Abroad. It would, thus, be virtually impossible for members of the Class, on an individual basis, to obtain effective redress for the wrongs committed against them. Furthermore, even if the members of the Class could afford such individualized litigation, the court system could not. Individualized litigation would create the danger of inconsistent or contradictory judgments arising from the same set of facts. Individualized litigation would also increase the delay and expense to all parties and the court system from the issues raised by this action. By contrast, the class action device provides the benefits of adjudication of these issues in a single proceeding, economies of scale, and comprehensive supervision by a single court, and presents no unusual management difficulties under the circumstances.

55. In the alternative, the Class may be certified because:

a. The prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications with respect to individual members of the Class that would establish incompatible standards of conduct for Defendant IES Abroad;

b. Defendant IES Abroad has acted or refused to act on grounds generally applicable to the Class as a whole, thereby making appropriate final declaratory and/or injunctive relief with respect to members of the Class as a whole.

## VI. CAUSES OF ACTION

### COUNT I
### BREACH OF IMPLIED CONTRACT

56. Plaintiff Galban and the Class repeat and re-allege the allegations in paragraphs 1 through 55 above, as if fully alleged herein.

57. Plaintiff Galban brings this claim individually and on behalf of the members of the Class against Defendant IES Abroad.

58. Plaintiff Galban and members of the Class entered into an implied contract with Defendant IES Abroad for a 17-week study abroad Program to take place in-person and outside of the United States 2020 Spring Semester (January 13, 2020 to May 9, 2020).

59. Plaintiff Galban and members of the Class entered into standard form Agreements with IES Abroad which incorporate by reference Defendant IES Abroad's marketing, brochures, circulars, and publications for its 2020 Spring Study Abroad Programs, which are collectively the terms of the Contract between IES Abroad and its students. **Exhibit A** (Standard form Agreement).

60. IES Abroad's standard practices and history —including students' normal ability to live, study, and take classes in-person within the host countries and take advantage of all of Defendant's offers—created a reasonable expectation that Defendant would provide in-person instruction within a foreign country for the entire spring 2020 semester.

61. Defendant IES Abroad billed Plaintiff Galban and members of the Class for 17 weeks (January 13, 2020 to May 9, 2020) of (1) Housing and Meals; (2) Tuition (which includes mandatory field trips and student events and in-person courses provided while abroad in the host country; (3) Public Transportation Tickets; and (4) elective field trips.

62. Specifically, Plaintiff Galban was billed and the following amounts were paid by her or on her behalf: (1) $3,900.00 for Housing and Meals while abroad in Vienna, Austria; (2) $16,630.00 for Tuition (which includes mandatory field trips and student events in the host country and nearby countries); and (3) $82.65 for a Public Transportation Ticket to be used during the all 17 weeks.

63. On March 11, 2020, Defendant IES Abroad cancelled the Housing and Meals, and all in-person classes and field trips for the remaining 8 ½ weeks of 2020 Spring Semester Study Abroad Programs (March 11, 2020 to May 9, 2020), and instructed all American students to return to the United States.

64. After March 11, 2020, Plaintiff Galban and members of the Class were deprived of the benefit of the in-person class instruction provided in their host countries. For the remainder of the semester, they did not experience living abroad in their host countries, eating meals and making friends in their host countries, and traveling while abroad to experience the culture of their host countries. Additionally, Plaintiff Galban and members of the Class were harmed by not being able to experience the in-person field trips that they had paid for in their host countries.

65. Plaintiff Galban and the Class were unable to use the public transportation tickets they paid for during the remaining 8 ½ weeks of the 2020 Spring Semester. (March 11, 2020 to May 9, 2020).

66. In short, IES Abroad failed to honor its contractual obligation to provide in-person instruction in foreign countries, the study-abroad experience for which they contracted. Plaintiff Galban has satisfied all conditions precedent in the Agreement, including a class wide mediation for herself and the putative class members before filing suit in this matter.

67. Plaintiff Galban and members of the Class have performed all obligations imposed on them pursuant to their implied contract with Defendant IES Abroad, including by ensuring full payment for the 17-week in-person courses and Services to be provided abroad to Defendant for the Spring 2020 semester, or by securing student loans and/or scholarships to make such payments.

68. Plaintiff Galban and members of the Class seek all damages and equitable relief to which they may be entitled.

## COUNT II
## UNJUST ENRICHMENT

69. Plaintiff Galban and the Class repeat and re-allege the allegations in paragraphs, 1-55 above.

70. Plaintiff Galban brings this claim individually and on behalf of the other members of the Class in the alternative to the breach of implied contract claim in Count I.

71. Where it is found that no enforceable contractual promises existed, Plaintiff Galban conferred a benefit on Defendant in the form of payment for (1) $3,900.00 for Housing and Meals; (2) $16,630.00 for Tuition (which includes mandatory field trips and student events in the host county); (3) $82.65 for a Public Transportation Ticket; (4) $29.17 for a German Text Book; and (5) $3.24 for an elective Catacombs Tour field trip.

72. Defendant IES Abroad was aware of and voluntarily accepted these payments in exchange for providing the study abroad experience.

73. Starting on March 11, 2020, as described above, Defendant IES Abroad failed to provide 17 weeks of in-person courses provided abroad (outside of the United States), housing, meals, mandatory field trips, elective field trips, student events, and public transportation tickets. In fact, Defendant IES Abroad provided no in-person courses abroad or any of those study abroad experiences it had promised to provide from March 11, 2020, to May 9, 2020.

74. Despite failing to provide the benefits owed from March 11, 2020, to May 9, 2020, at all, Defendant IES Abroad has retained and appreciated the benefit of the money paid by or on behalf of Plaintiff Galban and members of the Class for in-person courses provided while abroad in their host countries, as well as Services, including the housing, meals, field trips, and other services promised to the detriment of Plaintiff Galban and members of the Class.

75. The circumstances are such that Defendant IES Abroad's retention of this monetary benefit violates fundamental principles of justice, equity, and good conscience. Plaintiff Galban and the Class purchased an immersive study abroad experience, which was obviously intended to take place in the host country. However, Plaintiff Galban and the Class for more than half of the 2020 Spring semester did not receive the experience that they purchased, since they were sent home to view online lectures from their own homes. If they had wanted online classes, they would have purchased online classes, and not purchased an immersive study abroad experience.

76. Defendant has been unjustly enriched by payments paid by or on behalf of Plaintiff Galban and members of the Class for study abroad programs that were not delivered.

77. IES Abroad voluntarily accepted and unfairly and inequitably retained this benefit although it ceased providing the full education, experiences, and services in the agreed locations for which Plaintiff Galban and the Class paid.

78. Accordingly, Plaintiff Galban and Class members are entitled to and seek disgorgement and restitution of the benefits unjustly retained, whether in whole or in part, including through refunds for tuition and fees for the Spring 2020 semester.

## PRAYER FOR RELIEF

79. Plaintiff Galban individually and on behalf of the members of the Class, respectfully requests that the Court enter judgment in favor of Plaintiff Galban and the Class, and against Defendant IES Abroad as follows:

a. Certifying the Class under Rule 23 as requested herein, designating Plaintiff Galban as Class representative, and appointing the undersigned counsel as Class counsel;

b. Declaring that Defendant IES Abroad is financially responsible for notifying the Class of the pendency of this suit;

c. Declaring that Defendant IES Abroad is liable for damages for the breach of its promises;

d. Alternatively, declaring that Defendant IES Abroad wrongfully kept the monies paid by Plaintiff Galban and the Class;

e. Awarding injunctive relief as permitted by law and equity;

f. Awarding Plaintiff Galban's reasonable attorney fees, costs, and expenses;

g. Awarding pre- and post-judgment interest on any amounts awarded; and

h. Awarding such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all claims so triable.

Respectfully submitted September 21, 2023.

**VARNELL & WARWICK, P.A.**

/s/ Matthew T. Peterson
Matthew T. Peterson, ARDC No. 6321290
Janet R. Varnell, *pro hac vice*
400 N. Ashley Drive, Suite 1900
Tampa, FL 33602
T: 352-753-8600
F: 352-504-3301
*mpeterson@vandwlaw.com*
*jvarnell@vandwlaw.com*
*ckoerner@vandwlaw.com*

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Matthew Peterson
Matthew Peterson