**UNITED STATES UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| **KRISTEN GALBAN**, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| **INSTITUTE FOR THE INTERNATIONAL EDUCATION OF STUDENTS**, an Illinois not-for-profit corporation, | ) ) ) ) |
| Defendant. | ) ) |

Case No. 1:22-cv-4917

**DEFENDANT'S MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT**

Defendant, Institute for the International Education of Students ("Defendant"), by and through its attorneys, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully submits this Motion to Dismiss Plaintiffs' Amended Complaint filed by Plaintiff Kristen Galban ("Plaintiff"). In support of this motion, Defendant submits its contemporaneously-filed memorandum.

WHEREFORE, Defendant respectfully requests that this Court dismiss Plaintiffs' Amended Complaint with prejudice for lack of subject matter jurisdiction and for failure to state a claim for which relief can be granted pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and for any other relief this Court deems just and proper.

Date: October 12, 2023

Respectfully Submitted,

INSTITUTE FOR THE INTERNATIONAL
EDUCATION OF STUDENTS

*/s/ Mark W. Wallin*
Mark W. Wallin
BARNES & THORNBURG LLP
One N. Wacker Dr., Suite 4400
Chicago, IL 60606
mwallin@btlaw.com
Phone: (312) 214-4591
Fax: (312) 759-5646

Benjamin S. Perry
BARNES & THORNBURG LLP
201 S. Main Street, Suite 400
South Bend, IN 46601
Benjamin.Perry@btlaw.com
Phone: (574) 237-1239

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the October 12, 2023, I electronically filed the foregoing *Defendant's Motion to Dismiss Plaintiffs' Amended Complaint* with the Clerk of the Court using CM/ECF System. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Mark W. Wallin*
Mark W. Wallin

2