UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Kristen Galban

                          Plaintiff,

v.                                                     Case No.: 1:22–cv–04917
                                                          Honorable Joan B. Gottschall

Institute for the International Education of Students

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 10, 2024:

        MINUTE entry before the Honorable Joan B. Gottschall: The deadline [44] of 09/05/2024 to tell the court any reason why final judgment should not be entered has come and gone, and only defendant filed a response [45]. Defendant argues that final judgment should be entered. Because plaintiff did not respond by the 09/05/2024 deadline, and because plaintiff has not in any other manner indicated that she wishes to file a second amended complaint, the Clerk is instructed to enter judgment dismissing this case with prejudice in accordance with the memorandum opinion and order [43] dated 08/26/2024. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.