## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**KRISTEN GALBAN,** individually and on
behalf of all others similarly situated,

        **Plaintiff,**

                                  **Case Number: 1:22-cv-4917**

**v.**

**INSTITUTE FOR THE INTERNATIONAL
EDUCATION OF STUDENTS,** an Illinois
not-for-profit corporation,

        **Defendant.**

## PLAINTIFF'S NOTICE OF APPEAL[1]

COMES NOW, Plaintiff KRISTEN GALBAN, individually and on behalf of all others similarly situated, by and through undersigned counsel, and hereby gives notice of her appeal to the Seventh Circuit Court of Appeals from this Court's August 26, 2024 Opinion and Order [D.E. 43], granting Defendant's Motion to Dismiss Plaintiff's Amended Class Action Complaint.

Respectfully submitted this 5th day of November, 2024.

**VARNELL & WARWICK, P.A.**

/s/ *Matthew T. Peterson*
Matthew T. Peterson, ARDC No. 6321290
400 N Ashley Drive, Suite 1900
Tampa, FL  33602
T: 352-753-8600
F: 352-504-3301
*mpeterson@vandwlaw.com*
*ckoerner@vandwlaw.com*

***Counsel for Plaintiff***

---

[1] Filed in accordance with the Court's Order, [D.E. 52].

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Matthew T. Peterson
Matthew T. Peterson