# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**KRISTEN GALBAN,** individually and on behalf of all others similarly situated,

**Plaintiff,**

**v.**

**INSTITUTE FOR THE INTERNATIONAL EDUCATION OF STUDENTS,** an Illinois not-for-profit corporation,

**Defendant.**

**Case Number: 1:22-cv-4917**

## PLAINTIFF'S NOTICE OF COMPLIANCE

Plaintiff, Kristen Galban ("**Galban**") on behalf of herself and others similarly situated (collectively with Galban, "**Plaintiffs**"), by and through their respective counsel, file this Notice in accordance with the Court's Order [ECF No. 71]. As requested by the Court, Plaintiff has made the appropriate changes to Proposed Preliminary Approval Order and have attached a redline version hereto as Exhibit A, a clean copy is also attached as Exhibit B and a revised Class Notice reflecting the opt-out/objection deadline is attached as Exhibit C.

Respectfully submitted, January 26, 2026.

/s/ Brian W. Warwick
Brian W. Warwick;*
**VARNELL & WARWICK, P.A.**
400 N Ashley Drive, Suite 1900
Tampa, FL 33602
Telephone: (352) 753-8600

- 2 -

**CONSUMER LAW ADVOCATE, PLLC**

/s/ Matthew T. Peterson
Matthew T. Peterson; ARDC No. 6321290
1000 Brickell Ave, Suite 715
Miami, FL 33131
786-843-1933
mtp@lawsforconsumers.com

\*Admitted Pro Hac Vice

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Brian W. Warwick
Brian W. Warwick