**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Kristen Galban

                                        Plaintiff,

v.                                                              Case No.: 1:22–cv–04917
                                                                Honorable Joan B.
                                                                Gottschall

Institute for the International Education of
Students

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 29, 2026:

        MINUTE entry before the Honorable Joan B. Gottschall:

Enter Order Preliminarily Approving Settlement. In accordance with the order, a fairness hearing is set for June 24, 2026, at 11:00 a.m. The deadline to opt out of, or object to, the proposed settlement is March 16, 2026. Please see the accompanying order for additional deadlines. Counsel are advised that the following changes, which are believed to be non substantive, have been made to the proposed order filed January 26, 2026, Dkt. No. [72]. Counsel should inform the court as soon as possible if any change raises a substantive concern. The changes are summarized as follows:

(1) added a missing comma in the first sentence of ¶ 2;

(2) corrected number agreement in ¶ 4(a);

(3) corrected a typographical error in ¶ 6 (the word "he" should be "the");

(4) added a space between "11:00" and "a.m." in ¶ 8;

(5) removed a stray comma from &pa;ra; 13;

(6) corrected a typographical error in ¶ 15 so that the sentence now reads "in support of;"

(7) changed ¶¶ 4(b) and 7 to reflect that there is one class representative; and

(8) added dates certain to ¶¶ 11, 13, 15, and 16.

Substantively, language has been added to ¶ 10 clarifying that the court's findings regarding the notice plan are preliminary in nature. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.